UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:08-cr-90-01 (B/F) |
| ) | |
| JAMES GROSSNICKLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that James Grossnickle's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of one year and one day in the custody of the Attorney General or his designee. The Court recommends that the defendant be designated to the Federal Correctional Institution at Butner, North Carolina, and that he also be subject to the Bureau of Prisons' mental health care and/or counseling, as appropriate. Upon Mr. Grossnickle's release from confinement, he will not be subject to supervised release.

SO ORDERED this 6th day of October, 2009.

_____
Sarah Evans Barker, Judge
United States District Court
Southern District of Indiana

Distribution:

Joe Vaughn,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Larry Champion,
Stewart & Irwin
251 E. Ohio Street, #1100
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service